```
BENJAMIN B. WAGNER
United States Attorney
CHRISTOPHER D. BAKER
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA   93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America
```

FILED

JUL 31 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY S. MARTIN-GILL
    DEPUTY CLERK



SEALED

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>XUE HEU,<br><br>　　　　Defendant. | CASE NO. 1: 14 CR 00164 - LJO SKO<br><br>MOTION AND [PROPOSED] ORDER TO SEAL INDICTMENT |

The government moves the Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, to order and direct that the Indictment returned by the Grand Jury on July 31, 2014, charging the above defendant with a violation of 18 U.S.C. § 1343 - Wire Fraud (8 Counts) and a Criminal Forfeiture allegation be kept secret until the defendant named in this Indictment is either in custody or has been given bail on these offenses; and further order that until such time as the defendant is in custody or has been given bail, that no person shall disclose the finding of the Indictment or any warrant issued

1 | pursuant thereto, except when necessary for the issuance and
2 | execution of the warrant.
3 | DATED: July 31, 2014                    Respectfully submitted,
4 |
5 |                                         BENJAMIN B. WAGNER
                                            United States Attorney
6 |                               By     /s/ Christopher D. Baker
                                          CHRISTOPHER D. BAKER
7 |                                       Assistant U.S. Attorney
8 |
9 |     IT IS SO ORDERED.
10 | Dated:   July 31, 2014          _____
11 |                                 U.S. Magistrate Judge

Motion to Seal Indictment                     2