FILED

AUG 0 5 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
                    DEPUTY CLERK

1  BENJAMIN B. WAGNER
   United States Attorney
2  CHRISTOPHER D. BAKER
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile:  (559) 497-4099
5

6

7  Attorneys for Plaintiff
   United States of America

8

9              IN THE UNITED STATES DISTRICT COURT

10               EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,            CASE NO.  1:14-CR-00164 LJO SKO

13              Plaintiff,               ORDER TO UNSEAL INDICTMENT

14         v.

15  XUE HEU,

16              Defendant.

17

18       This indictment was sealed by Order of this Court pursuant to Rule 6(e) of the Federal Rules of

19  Criminal Procedure.

20       IT IS HEREBY ORDERED that the case be unsealed as to all defendants, and be made public

21  record.

22

23  DATED: _____8/5/14_____

24

25                                      _____
                                        United States Magistrate Judge
26

27

28

Motion to Unseal Indictment                    2