HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
ANDRAS FARKAS, CA Bar #254302
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
XUE HEU

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 1:14-CR-00164 LJO-SKO |
|---|---|
| Plaintiff, | ) |
| | ) STIPULATION TO CONTINUE STATUS |
| vs. | ) CONFERENCE HEARING; |
| | ) ORDER |
| XUE HEU, | ) |
| | ) Date: February 17, 2015 |
| Defendant. | ) Time: 1:00 p.m. |
| | ) Judge: Hon. Sheila K. Oberto |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney, CHRISTOPHER D. BAKER, Counsel for Plaintiff, and Assistant Federal Defender, ANDRAS FARKAS, Counsel for Defendant, XUE HEU, that the status conference set for January 20, 2015, at 1:00 p.m., may be continued to February 17, 2015, at 1:00 p.m.

The reason for this request is to allow additional time for defense counsel to continue investigations and for the parties to engage in ongoing plea negotiations. Parties expect to appear at the next status conference. The requested continuance will conserve time and resources for both counsel and the court.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because the ends of justice served in granting such

continuance outweigh the best interests of the public and the defendant in a speedy trial.

                                       Respectfully submitted,

                                       BENJAMIN B. WAGNER
                                       United States Attorney

Dated: January 15, 2015               /s/ *Christopher D. Baker*
                                       CHRISTOPHER D. BAKER
                                       Assistant United States Attorney
                                       Attorney for Plaintiff

                                       HEATHER E. WILLIAMS
                                       Federal Defender


Date: January 15, 2015               /s/ *Andras Farkas*
                                       ANDRAS FARKAS
                                       Assistant Federal Defender
                                       Attorneys for Defendant
                                       XUE HEU


**ORDER**

     The parties' stipulated request for a continuance of the status conference to **February 17, 2015**, is GRANTED to allow additional time for defense investigation and for the parties to engage in plea negotiations.

     Should the parties resolve the case, they shall inform the court and reset the matter as a change of plea hearing before U. S. District Judge Lawrence J. O'Neill on or before February 17, 2015.  If the parties are unable to resolve the case prior to the next status conference, they shall be prepared to select a mutually acceptable trial date before U.S. District Judge Lawrence J. O'Neill at the February 17, 2015, status conference.

IT IS SO ORDERED.

    Dated:  **January 15, 2015**                 **/s/ Sheila K. Oberto**
                                                              UNITED STATES MAGISTRATE JUDGE