HEATHER E. WILLIAMS, #122664
Federal Defender
ANDRAS FARKAS, #254302
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950

Attorneys for Defendant
XUE HEU

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:14-cr-00164 LJO-SKO |
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING HEARING AND SENTENCING MEMORANDA SCHEDULE;  ORDER |
| vs. | |
| XUE HEU, | DATE:       July 20, 2015 |
| Defendant. | TIME:        8:30 a.m. |
| | JUDGE:     Honorable Lawrence J. O'Neill |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney Henry Z. Carbajal III, Counsel for Plaintiff, and Assistant Federal Defender Andras Farkas, Counsel for Defendant Xue Heu, that the sentencing hearing scheduled for June 8, 2015 at 8:30 a.m., may be continued to July 20, 2015 at 8:30 a.m. It is further stipulated that the PSR/Sentencing Memoranda schedule be set as follows:

    PSR Available:          June 8, 2015

    Informal Objections:    June 22, 2015

    Formal Objections:      July 6, 2015

    Sentencing:             July 20, 2015, at 8:30 a.m.

This continuance is being requested by defense counsel in order to resolve issues related to the Fed. R. Crim. P. Rule 20 transfer of United States v. Heu, SA-14-cr-049-XR from the Western District of Texas to the Eastern District of California.

BENJAMIN B. WAGNER
United States Attorney

Dated: April 27, 2015    /s/ *Henry Z. Carbajal III*
HENRY Z. CARBAJAL III
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Dated: April 27, 2015    /s/ *Andras Farkas*
ANDRAS FARKAS
Assistant Federal Defender
Attorney for Defendant
XUE HEU

O R D E R

IT IS SO ORDERED.

Dated:   **April 28, 2015**        **/s/ Lawrence J. O'Neill**
UNITED STATES DISTRICT JUDGE

Heu– Stipulation to Continue Sentencing        -2-