# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

**FILED**

MAY 22 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CR NO: 14-cr-164 LJO-SKO |
| v. | 15-cr-119 LJO-SKO |
| XUE HEU | |
| Defendant. | |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☒ Ad Prosequendum          ☐ Ad Testificandum

Name of Detainee:  XUE HEU

Detained at:  Stanislaus County Men's Jail

Detainee is:  a.) ☒ charged in this district by:  ☒ Indictment  ☐ Information  ☐ Complaint
charging detainee with:  Wire Fraud and Conspiracy to Commit Wire Fraud

or  b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:  a.) ☐ return to the custody of detaining facility upon termination of proceedings

or  b.) ☒ be retained in federal custody until final disposition of federal charges, ~~as a sentence is currently being served at the detaining facility~~

*Appearance is necessary FORTHWITH in the Eastern District of California.*

| | |
|---|---|
| Signature: | /s/Henry Z. Carbajal III |
| Printed Name & Phone No: | Henry Z. Carbajal III; (559) 497-4028 |
| Attorney of Record for: | United States of America |

## WRIT OF HABEAS CORPUS

☒ Ad Prosequendum          ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **FORTHWITH**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated:  5/22/15

_____
Honorable Sheila K. Oberto
U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | Michael Chan | ☒Male  ☐Female | |
| Booking or CDC #: | 1371367 | DOB: | 3/27/1977 |
| Facility Address: | 115 H Street, Modesto, CA 95354 | Race: | |
| Facility Phone: | 209-491-8727 | FBI#: | |
| Currently | | | |

## RETURN OF SERVICE

Executed on:  _____     _____
(signature)